DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KERSTIN WEINSTEIN,**
Appellant,

v.

**ROLAND BERGER,**
Appellee.

No. 4D2023-0281

[April 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502007DR005626XXXXSB.

Rebecca Mercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Christopher R. Jette of Eisenberg & Fouts, P.A., West Palm Beach, for appellant.

Sarah A. Vitulli, Denise Desmond, and Howard Rudolph of Rudolph & Associates, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***